1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7099
4
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE JOHNSON** | CASE NO. 2:10-CV-03151-EFB |
| **Plaintiff,** | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 2, 2011, to August 18, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

Dated: August 2, 2011   */s/Bess M. Brewer*
                        BESS M. BREWER
                        Attorney at Law

                        Attorney for Plaintiff


Dated: August 2, 2011   Benjamin B. Wagner

                        United States Attorney

                        /s/ *Sundeep Patel*
                        SUNDEEP PATEL

                        Special Assistant United States Attorney
                        Attorneys for Defendant

**ORDER**

Plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

APPROVED AND SO ORDERED.

DATED: August 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE