BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE JOHNSON, ) | CASE NO. 2:10-cv-3151-EFB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS AND NO CENTS ($5,200).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's

1

Stipulation and ~~Proposed~~ Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

1  Offset Program. After the order for EAJA fees is entered, the government will determine
2  whether they are subject to any offset.
3      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
4  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to
5  be made directly to Bess Brewer, pursuant to the assignment executed by Plaintiff. Any
6  payments made shall be delivered to Plaintiff's counsel.
7      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
8  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of
9  Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release
10 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
11 EAJA attorney fees and expenses and costs in connection with this action.
12     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
13 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June 25, 2012                           */s/Bess M. Brewer*
                                                  Bess M. Brewer,
                                                  Attorney for Plaintiff
                                                  [as authorized by email]

/////
/////
/////
/////
/////
/////
/////
/////

Stipulation and ~~Proposed~~ Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)

1 | Dated: June 25, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/David Lerch*
DAVID LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 29, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

Stipulation and ~~Proposed~~ Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)